**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AISHIA SIMMS, | ) | |
| | ) | |
| Plaintiff, | ) | Court No.: 15 cv 1147 |
| | ) | |
| v. | ) | Judge Robert M. Dow |
| | ) | Magistrate Judge Geraldine Soat Brown |
| MICHAEL BROWN, STAR #126, | ) | |
| SAUK VILLAGE, and | ) | |
| UNIDENTIFIED OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, states that he caused to have served the parties' JOINT STATUS REPORT, by operation of the CM/ECF System of the Northern District of Illinois to the following attorneys of record on October 21, 2015.

TO:  Gigi Gilbert                                        Matthew J. Byrne
       Law Offices of Gigi Gilbert              Michael J. McGrath
       53 West Jackson, Suite 356                Amy E. Zale
       Chicago, IL 60604                              Odelson & Sterk, Ltd.
                                                                     3318 West 95th Street
                                                                     Evergreen Park, IL 60805

Respectfully Submitted,

s/Gabriel R. Judd_____
One of the Attorneys for the Defendant,
Michael Brown